Law Library

# IN THE SUPERIOR COURT OF GUAM

MAEDA PACIFIC CORPORATION,

Plaintiff,

vs.

CLIFFORD CROSS and PROTECTIVE COATING SUPPLY, INC.,

Defendants,

)
)
)
)
)
)
)
)
)
)
)
)
)

CIVIL CASE NO. CV1580-10

DECISION & ORDER

This matter came before the HONORABLE VERNON P. PEREZ on November 10, 2011 on Defendants' Motion to Dismiss. Attorney Kevin J. Fowler represented Defendants who were not present. Attorney Joshua D. Walsh represented Plaintiff who was not present. After having heard the Parties' arguments, considering the Parties' pleadings and the record, the Court now issues the following Decision and Order.

## DISCUSSION

Defendants contends that the forum chosen by the Plaintiff will make discovery and trial preparation so inconvenient that the rule of *forum non conveniens* applies and the case should be dismissed. Defendants believe that discovery outside of Guam will make conducting the defense in this case very troublesome. Yet, Defendants have had an easy enough time responding to the case in Guam courts so far. Otherwise, Defendant has not shown substantial hardship.

The Court has confirmed that Defendant Protective Coating Supply (PCS) does business on Guam as evidenced by Defendants' counsel at hearing and by the presence of Defendant PCS's advertisement in the Guam Phone Book. As indicated by the Court at hearing for this matter, the Court will not "disturb" Plaintiff's choice of forum unless "the balance is strongly in favor of the Defendant". *Gulf Oil Corp v. Gilbert*, 330 U.S. 501, 508 (1986). Here, the balance

does not favor Defendants as lawyers frequently travel internationally to obtain evidence, declarations and statement in case initiating in Guam courts.

## CONCLUSION

Defendants' Motion is DENIED.

So ORDERED this ___ day of November, 2011.

**NOV 1 6 2011**

_____

HONORABLE VERNON P. PEREZ
JUDGE, SUPERIOR COURT OF GUAM

I do hereby certify that the foregoing is a full true and correct copy of the ORIGINAL on file in the Office of the Clerk of Court, Superior Court of Guam.

**NOV 1 7 2011**

DATED: _____

JERIELYN X. QUENAS
DEPUTY CLERK, Superior Court of Guam